UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
LARISSA AMARAL,                        )
    Plaintiff,                         )
v.                                     )
                                       )
KELLY SERVICES, INC.,                  )
BROADVIEW STAFFING SERVICES,           )  Case No. 1:12-cv-10848-WGY
DEPUY SPINE, INC.,                     )
CANDI JENKINS,                         )
STEPHANIE WEST,                        )
    Defendants.                        )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Larissa Amaral ("Amaral"), and Defendants, Kelly Services, Inc. ("Kelly Services"), Broadview Staffing Services ("Broadview"), DePuy Spine, Inc. ("DePuy Spine"), Candi Jenkins ("Jenkins") and Stephanie West ("West"), each by and through their respective counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the above-captioned action is dismissed, with prejudice, without costs or attorneys' fees, and with all rights of appeal waived.

Respectfully submitted,

/s/Tara M. Swartz  
Attorney for Plaintiff  
Larissa Amaral  
tara@tswartzlaw.com

/s/Rick J. Patterson  
Attorney for Defendant  
Kelly Services, Inc.  
rjpatterson@potterlaw.com

/s/Timothy N. Schofield  
Attorney for Defendants  
Broadview Staffing Services  
and Candi Jenkins  
tim@schofieldlg.com

/s/David C. Henderson  
Attorney for Defendants  
DePuy Spine, Inc. and  
Stephanie West  
dhenderson@nutter.com

Dated: August 26, 2013

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM-ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2013.

      /s/ Tara M. Swartz
      _____
      Tara M. Swartz